# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| ANDREW YOUNG JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:22-CV-011-RLJ-DCP |
| ) | |
| NICOLE SIEMS, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this action is **DISMISSED without prejudice**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

   **IT IS SO ORDERED.**

ENTER:

                                              s/ Leon Jordan
                                    United States District Judge

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
   CLERK OF COURT